926

No. 90–7601. ORTIZ ALARCON v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 90–7606. FRANCIS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–7611. GARDNER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–7613. RANDOLPH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–7614. DUNCAN ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–7615. SMITH v. NEW YORK STATE WORKERS' COMPENSATION BOARD. C. A. 2d Cir. Certiorari denied.

No. 90–7619. DAVIS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–7620. RASCON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–7621. RHODEN v. WALKER, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 90–7623. TILLMAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–7631. LANNOM v. CABANA, SUPERINTENDENT, SOUTH MISSISSIPPI CORRECTIONAL INSTITUTION. C. A. 5th Cir. Certiorari denied.

No. 90–7639. GOMEZ LORES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–7644. RASAR v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–7646. SHAW v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–7649. MARTIN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.